IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.  CASE NO. 4:05cr51-SPM

**POLITO ANDERSON,**  DOCKET NO. 4:06mj114-WCS

    **Defendant.**
_____/

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant appeared before the undersigned on a change of plea and has been scheduled for sentencing before Judge Mickle on January 15, 2007.  The probation office has advised that Defendant may be released from the currently imposed curfew and electronic monitoring.

Accordingly, it is **ORDERED** that the curfew and electronic monitoring condition imposed in this court's order setting conditions of release dated August 3, 2006, doc. 16, is terminated.  All other conditions set in the order setting conditions of release remain in full force and effect until Defendant's sentencing on January 15, 2007.

**DONE AND ORDERED** on October 3, 2006.

    S/ William C. Sherrill, Jr.
    **WILLIAM C. SHERRILL, JR.**
    **UNITED STATES MAGISTRATE JUDGE**