IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:05cr51-SPM

POLITO ANDERSON,

           Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

         Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, POLITO ANDERSON, to Counts

One, Two, and Three of the superseding indictment is hereby ACCEPTED.  All

parties shall appear before this Court for sentencing as directed.

         DONE AND ORDERED this 5th day of October, 2006.


         _s/ Stephan P. Mickle_____

         Stephan P. Mickle
         United States District Judge